IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AMANTE,<br><br>             Plaintiff,<br><br>      v.<br><br>VWR INTERNATIONAL, LLC,<br><br>             Defendant. | Case No.  C13-3206 JSC<br><br>**AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE** |

   This action is referred to Magistrate Judge Donna Ryu for a settlement conference to occur by December 31, 2013.  Judge Ryu will contact the parties regarding the date and time of the conference.

**IT IS SO ORDERED.**

Dated: October 9, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE